# CIVIL COVER SHEET
JS-44 (Rev. 11/2020 DC)

## I. (a) PLAINTIFFS

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
**(EXCEPT IN U.S. PLAINTIFF CASES)**

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

## DEFENDANTS

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
**(IN U.S. PLAINTIFF CASES ONLY)**
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government Plaintiff
○ 2 U.S. Government Defendant
○ 3 Federal Question (U.S. Government Not a Party)
○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place an X in one category, A-N, that best represents your Cause of Action and one in a corresponding Nature of Suit)

○ **A.** *Antitrust*

　410 Antitrust

○ **B.** *Personal Injury/ Malpractice*

　310 Airplane
　315 Airplane Product Liability
　320 Assault, Libel & Slander
　330 Federal Employers Liability
　340 Marine
　345 Marine Product Liability
　350 Motor Vehicle
　355 Motor Vehicle Product Liability
　360 Other Personal Injury
　362 Medical Malpractice
　365 Product Liability
　367 Health Care/Pharmaceutical Personal Injury Product Liability
　368 Asbestos Product Liability

○ **C.** *Administrative Agency Review*

　151 Medicare Act

**Social Security**
　861 HIA (1395ff)
　862 Black Lung (923)
　863 DIWC/DIWW (405(g))
　864 SSID Title XVI
　865 RSI (405(g))

**Other Statutes**
　891 Agricultural Acts
　893 Environmental Matters
　890 Other Statutory Actions (If Administrative Agency is Involved)

○ **D.** *Temporary Restraining Order/Preliminary Injunction*

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

○ **E.** *General Civil (Other)*   OR   ○ **F.** *Pro Se General Civil*

**Real Property**
　210 Land Condemnation
　220 Foreclosure
　230 Rent, Lease & Ejectment
　240 Torts to Land
　245 Tort Product Liability
　290 All Other Real Property

**Personal Property**
　370 Other Fraud
　371 Truth in Lending
　380 Other Personal Property Damage
　385 Property Damage Product Liability

**Bankruptcy**
　422 Appeal 27 USC 158
　423 Withdrawal 28 USC 157

**Prisoner Petitions**
　535 Death Penalty
　540 Mandamus & Other
　550 Civil Rights
　555 Prison Conditions
　560 Civil Detainee – Conditions of Confinement

**Property Rights**
　820 Copyrights
　830 Patent
　835 Patent – Abbreviated New Drug Application
　840 Trademark
　880 Defend Trade Secrets Act of 2016 (DTSA)

**Federal Tax Suits**
　870 Taxes (US plaintiff or defendant)
　871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
　625 Drug Related Seizure of Property 21 USC 881
　690 Other

**Other Statutes**
　375 False Claims Act
　376 Qui Tam (31 USC 3729(a))
　400 State Reapportionment
　430 Banks & Banking
　450 Commerce/ICC Rates/etc
　460 Deportation
　462 Naturalization Application

　465 Other Immigration Actions
　470 Racketeer Influenced & Corrupt Organization
　480 Consumer Credit
　485 Telephone Consumer Protection Act (TCPA)
　490 Cable/Satellite TV
　850 Securities/Commodities/ Exchange
　896 Arbitration
　899 Administrative Procedure Act/Review or Appeal of Agency Decision
　950 Constitutionality of State Statutes
　890 Other Statutory Actions (if not administrative agency review or Privacy Act)

| | | | |
|---|---|---|---|
| ○ **G.** *Habeas Corpus/ 2255*<br><br>**530** Habeas Corpus – General<br>**510** Motion/Vacate Sentence<br>**463** Habeas Corpus – Alien Detainee | ○ **H.** *Employment Discrimination*<br><br>**442** Civil Rights – Employment (criteria: race, gender/sex, national origin, discrimination, disability, age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ○ **I.** *FOIA/Privacy Act*<br><br>**895** Freedom of Information Act<br>**890** Other Statutory Actions (if Privacy Act)<br><br><br><br>*(If pro se, select this deck)* | ○ **J.** *Student Loan*<br><br>**152** Recovery of Defaulted Student Loan (excluding veterans) |
| ○ **K.** *Labor/ERISA (non-employment)*<br><br>**710** Fair Labor Standards Act<br>**720** Labor/Mgmt. Relations<br>**740** Labor Railway Act<br>**751** Family and Medical Leave Act<br>**790** Other Labor Litigation<br>**791** Empl. Ret. Inc. Security Act | ○ **L.** *Other Civil Rights (non-employment)*<br><br>**441** Voting (if not Voting Rights Act)<br>**443** Housing/Accommodations<br>**440** Other Civil Rights<br>**445** Americans w/Disabilities – Employment<br>**446** Americans w/Disabilities – Other<br>**448** Education | ○ **M.** *Contract*<br><br>**110** Insurance<br>**120** Marine<br>**130** Miller Act<br>**140** Negotiable Instrument<br>**150** Recovery of Overpayment & Enforcement of Judgment<br>**153** Recovery of Overpayment of Veteran's Benefits<br>**160** Stockholder's Suits<br>**190** Other Contracts<br>**195** Contract Product Liability<br>**196** Franchise | ○ **N.** *Three-Judge Court*<br><br>**441** Civil Rights – Voting (if Voting Rights Act) |

**V. ORIGIN**

○ 1 Original Proceeding  ○ 2 Removed from State Court  ○ 3 Remanded from Appellate Court  ○ 4 Reinstated or Reopened  ○ 5 Transferred from another district (specify)  ○ 6 Multi-district Litigation  ○ 7 Appeal to District Judge from Mag. Judge  ○ 8 Multi-district Litigation – Direct File

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

| | | | |
|---|---|---|---|
| **VII. REQUESTED IN COMPLAINT** | CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23 | **DEMAND $**<br>**JURY DEMAND:** | Check YES only if demanded in complaint<br>YES         NO |
| **VIII. RELATED CASE(S) IF ANY** | (See instruction) | YES         NO | If yes, please complete related case form |

**DATE:** _____   **SIGNATURE OF ATTORNEY OF RECORD** _____

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
**Authority for Civil Cover Sheet**

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and services of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the cover sheet.

    **I.**    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff if resident of Washington, DC, 88888 if plaintiff is resident of United States but not Washington, DC, and 99999 if plaintiff is outside the United States.

    **III.**    CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed <u>only</u> if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

    **IV.**    CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the <u>primary</u> cause of action found in your complaint. You may select only <u>one</u> category. You <u>must</u> also select <u>one</u> corresponding nature of suit found under the category of the case.

    **VI.**    CAUSE OF ACTION: Cite the U.S. Civil Statute under which you are filing and write a brief statement of the primary cause.

    **VIII.**    RELATED CASE(S), IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.