# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**,<br>600 Pennsylvania Ave., NW<br>Washington, DC 20580,<br><br>         **Plaintiff**,<br><br>     v.<br><br>**RING LLC**,<br>a Delaware limited liability company,<br>12515 Cerise Ave<br>Hawthorne, CA 90250,<br><br>         **Defendant**. | **Case No. 1:23-cv-1549**<br><br>**PLAINTIFF'S UNOPPOSED MOTION TO ENTER STIPULATED ORDER FOR INJUNCTION AND MONETARY RELIEF** |

Plaintiff, the Federal Trade Commission ("FTC"), by and through its undersigned counsel, respectfully moves for entry of the attached proposed Stipulated Order for Injunction and Monetary Relief ("Stipulated Order") that accompanies this motion. All parties have agreed to the terms of the Stipulated Order, as evidenced by their signatures thereon, to resolve this action. The FTC believes that entry of this Stipulated Order would most efficiently further the ends of justice in this case. Pursuant to Local Civil Rule 7(m), undersigned counsel conferred with counsel for Ring LLC, who indicated that the motion was unopposed prior to filing.

WHEREFORE, Plaintiff respectfully requests that the Court enter the Stipulated Order for Injunction and Monetary Relief.

Dated:  May 31, 2023

        Respectfully submitted,

        __/s/ Elisa Jillson_____
        ELISA JILLSON
        D.C. Bar No. 989763
        ANDREW HASTY
        D.C. Bar No. 1033981
        JULIA HORWITZ
        D.C. Bar No. 1018561
        Federal Trade Commission
        600 Pennsylvania Ave., NW
        Mailstop CC-6316
        Washington, DC 20580
        (202) 326-3001 (voice)
        (202) 326-3062 (fax)
        Email: ejillson@ftc.gov
        Email: ahasty@ftc.gov
        Email: jhorwitz@ftc.gov

**LOCAL RULE 7(k) CERTIFICATION**
**Names of Persons to Be Served with Proposed Stipulated Order**

Pursuant to Local Civil Rule 7(k), the following attorneys are entitled to be notified of the entry of the foregoing Stipulated Order:

LAURA KIM (DC Bar No. 473143)*
CALEB SKEATH (DC Bar No. 1030678)*
NIKHIL SINGHVI (DC Bar No. 496357)
Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4953
(202) 662-5333
lkim@cov.com
cskeath@cov.com
nsinghvi@cov.com

ALEXANDRA SCOTT (CA Bar No. 320012)*
Covington & Burling LLP
3000 El Camino Real, 5 Palo Alto Square, 10th Floor
(650) 632-4743
ajscott@cov.com

**Pro hac vice* motion pending