**ATTACHMENT A**

**Attachment A**

[Ring Letterhead]

Dear Neighbor:

On [date], we entered into a settlement with the Federal Trade Commission – the nation's consumer protection agency – to resolve the FTC's allegations that more employees and contractors than necessary had access to the stored videos collected by Ring cameras. The FTC alleges that several years ago, a limited number of employees viewed customers' videos without their permission and without a business reason. These individuals are no longer employed by Ring.

Since 2018, we have significantly changed our access and review practices. Now, only a very small number of employees can access videos, and only in very limited circumstances. You can learn more about our privacy practices at [XXX].

Visit [XXX] for more information about this settlement.